FILED
APR 02 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-cr-0096-JAD |
| AARON VIRCHIS, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 2, 2014, defendant AARON VIRCHIS pled guilty to Count One of a One-Count Criminal Information charging him with Operating an Illegal Gambling Business in violation of Nevada Revised Statutes 463.160, 463.430, 464.070, and Title 18, United States Code, Section 1955. Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant AARON VIRCHIS agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information. Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and the offense to which defendant AARON VIRCHIS pled guilty.

. . .

. . .

1  The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section
2  981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Title 18, United States Code,
3  Section 1955(d) and Title 28 United States Code, Section 2461(c):
4  $750,000.00 in United States Currency ("property").
5  This Court finds the United States of America is now entitled to, and should, reduce the
6  aforementioned property to the possession of the United States of America.
7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
8  United States of America should seize the aforementioned property.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
10  AARON VIRCHIS in the aforementioned property is forfeited and is vested in the United States of
11  America and shall be safely held by the United States of America until further order of the Court.
12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
13  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
14  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
15  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
16  name and contact information for the government attorney to be served with the petition, pursuant to
17  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
19  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
20  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
21  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
22  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
23  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
24  petition and the relief sought.
25  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
26  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

1  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
2  after the first day of the publication on the official internet government forfeiture site,
3  www.forfeiture.gov.
4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
5  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
6  following address at the time of filing:

>  Michael A. Humphreys
>  Assistant United States Attorney
>  Daniel D. Hollingsworth
>  Assistant United States Attorney
>  Lloyd D. George United States Courthouse
>  333 Las Vegas Boulevard South, Suite 5000
>  Las Vegas, Nevada 89101.

11      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
12  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
13  following publication of notice of seizure and intent to administratively forfeit the above-described
14  property.
15      DATED this 2nd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE