**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *Aaron Virchis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:14-CR-00096-JAD-PAL |
| AARON VIRCHIS, ) | |
| Defendant. ) | |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PROBATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Cristina D. Silva, Assistant United States Attorney, and David Z. Chesnoff, Esq., attorney for Defendant Aaron Virchis, that the previously imposed terms and conditions of Defendant Aaron Virchis' probation be modified to permit Defendant Aaron Virchis to travel as follows:

1.     July 16, 2016 - July 25, 2016 - trip to Cancun, Mexico to join his sister, nieces and nephews for a family vacation.

2.     September 12, 2016 - September 23, 2016 - trip to the United Kingdom, in order to attend his friend's wedding on September 16th, and to celebrate his Mother's 75th birthday on September 22nd.

3.     February 7, 2017 - March 14, 2017 - trip to the United Kingdom, in order to visit family and to do his regular annual checkup with his doctors in the NHS (National Health Service).

///

1

1  **IT IS FURTHER STIPULATED AND AGREED** Mr. Virchis will provide his travel itinerary to Probation Officer Henry Stegman prior to his trips and will check in by telephone with his Probation Officer once he arrives at said destinations.

4  **IT IS FURTHER STIPULATED AND AGREED** Mr. Virchis will also check in by telephone with Probation Officer Henry Stegman at least once every week while abroad, and will notify said officer within 24 hours of returning to the United States.

Probation Officer Henry Stegman has no opposition to these requests.

**DATED** this 21st day of June, 2016.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Cristina Silva | /s/ David Chesnoff |
| **CRISTINA SILVA, AUSA**<br>333 Las Vegas Blvd. S.<br>Suite 5000<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | **DAVID Z. CHESNOFF, ESQ.**<br>Nevada Bar No. 2292<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Aaron Virchis |

///

**ORDER**

Based upon the foregoing stipulation, and with good cause appearing:

**IT IS HEREBY ORDERED** that the previously imposed terms and conditions of Defendant Aaron Virchis' probation be modified to permit Defendant Aaron Virchis to travel as follows:

1. July 16, 2016 - July 25, 2016 - trip to Cancun, Mexico to join his sister, nieces and nephews for a family vacation.

2. September 12, 2016 - September 23, 2016 - trip to the United Kingdom, in order to attend his friend's wedding on September 16th, and to celebrate his Mother's 75th birthday on September 22nd.

3. February 7, 2017 - March 14, 2017 - trip to the United Kingdom, in order to visit family and to do his regular annual checkup with his doctors in the NHS (National Health Service).

**IT IS FURTHER ORDERED** that Mr. Virchis will provide his travel itinerary to Probation Officer Henry Stegman prior to his trips and will check in by telephone with his Probation Officer once he arrives at said destinations.

///

///

///

///

3

     **IT IS FURTHER ORDERED** that Mr. Virchis will also check in by telephone with Probation Officer Henry Stegman at least once every week while abroad, and will notify said officer within 24 hours of returning to the United States.

     **IT IS SO ORDERED.**

DATED this 22nd day of June, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted:

**CHESNOFF & SCHONFELD**

/s/
_____
**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
520 South Fourth Street
Las Vegas, NV  89101
(702) 384-5563
Attorney for Defendant, *Aaron Virchis*