DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *Aaron Virchis*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14-CR-00096-JAD-PAL |
| ) | |
| AARON VIRCHIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PROBATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between Cristina D. Silva, Assistant United States Attorney, and David Z. Chesnoff, Esq., attorney for Defendant Aaron Virchis, that the previously imposed terms and conditions of Defendant Aaron Virchis' probation be modified to permit Defendant Aaron Virchis to travel as follows:

1. August 19th, 2016 - August 27th, 2016 - travel to Orlando, Florida and take a vacation cruise to Puerto Rico, St. Kitts, and St. Maarten with his girlfriend.

**IT IS FURTHER STIPULATED AND AGREED** Mr. Virchis will provide his travel itinerary to Probation Officer Henry Stegman prior to his trip.

**IT IS FURTHER STIPULATED AND AGREED** Mr. Virchis will also check in by telephone with Probation Officer Henry Stegman at least once while abroad, and will notify said officer within 24 hours of returning to the United States.

///

1

1   Probation Officer Henry Stegman has no opposition to this request.

2   **DATED** this 27th day of July, 2016.

3   **UNITED STATES ATTORNEY**           **CHESNOFF & SCHONFELD**

4    /s/ Cristina Silva                    /s/ David Chesnoff
    **CRISTINA SILVA, AUSA**              **DAVID Z. CHESNOFF, ESQ.**
5   333 Las Vegas Blvd. S.                Nevada Bar No. 2292
    Suite 5000                            520 South Fourth Street
6   Las Vegas, Nevada 89101               Las Vegas, Nevada 89101
    Attorney for Plaintiff                Attorney for Defendant
7                                         Aaron Virchis

10  ///

28                                    2

# ORDER

Based upon the foregoing stipulation, and with good cause appearing:

**IT IS HEREBY ORDERED** that the previously imposed terms and conditions of Defendant Aaron Virchis' probation be modified to permit Defendant Aaron Virchis to travel as follows:

1. August 19th, 2016 - August 27th, 2016 - travel to Orlando, Florida and take a vacation cruise to Puerto Rico, St. Kitts, and St. Maarten with his girlfriend.

**IT IS FURTHER ORDERED** that Mr. Virchis will provide his travel itinerary to Probation Officer Henry Stegman prior to his trip.

**IT IS FURTHER ORDERED** that Mr. Virchis will also check in by telephone with Probation Officer Henry Stegman at least once while abroad, and will notify said officer within 24 hours of returning to the United States.

**IT IS SO ORDERED.**

DATED this 27th day of July, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

**CHESNOFF & SCHONFELD**

/s/
**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
520 South Fourth Street
Las Vegas, NV  89101
(702) 384-5563
Attorney for Defendant, *Aaron Virchis*

3